RECEIVED
USDC, WESTERN DISTRICT OF LA.
CLERK
DATE ___7 / 7 / 10___
BY ___Dm___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WARRIOR ENERGY SERVICES CORP.        CIVIL ACTION NO. 09-cv-1600

VERSUS                               JUDGE STAGG

WELLMASTER CONSULTING, INC.          MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 18)** is **granted** and that all claims against all defendants are **dismissed without prejudice** for lack of personal jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___7th___ day of ___July___, 2010.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE